452 A.2d 1020

**COMMONWEALTH of Pennsylvania**

v.

**Andres BELLIARD-VALDEZ, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 26, 1982.

Decided Dec. 14, 1982.

Vincent J. Ziccardi, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael Clarke, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT, and HUTCHINSON, JJ.

OPINION

PER CURIAM.

Judgments of sentence affirmed.